NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JON MICHAEL ROWLAND, as )
Personal Representative of the Estate )
of JANICE ROWLAND, his wife, )
                            )
        Appellant, )
  v. )     Case No. 2D17-331
                           )
                           )
QUEST DIAGNOSTICS, INC., a Foreign )
Corporation, )
                           )
        Appellee. )
_____ )

Opinion filed February 14, 2018.

Appeal from the Circuit Court for
Hillsborough County; Rex M. Barbas,
Judge.

Shea T. Moxon, Maegen P. Luka, and
Celene H. Humphries of Brannock &
Humphries, Tampa; and Elizabeth H.
Faiella, Peter J. Gulden, III, and Rebecca
E. Gulden of Faiella & Gulden, P.A.,
Winter Park, for Appellant.

Hala Sandridge and Victoria J. Oguntoye
of Buchanan Ingersoll & Rooney PC,
Tampa, for Appellee.


PER CURIAM.


        Affirmed.

SILBERMAN, CRENSHAW, and LUCAS, JJ., Concur.